```
GEORGE F. VOGT, JR., SBN 107310
g.vogt@herrigvogt.com
ANTHONY P. FRITZ, SBN 111494
a.fritz@herrigvogt.com
HERRIG & VOGT, LLP
4210 Douglas Boulevard, Suite 100
Granite Bay, California 95746-5902
Tel.: (916) 960-1000
Fax: (916) 960-1005

Attorneys for Use-Plaintiff
UNITED STATES OF AMERICA FOR THE USE AND BENEFIT
OF S & W CONSTRUCTION and S & W CONSTRUCTION
```



JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INDUSTRIES, INC.; and INTERNATIONAL FIDELITY INSURANCE COMPANY;<br><br>Defendants | Case No. 2:12-cv-00400-R-AGR<br><br>STIPULATION FOR DISMISSAL AND ORDER Thereon |

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(ii), Plaintiff UNITED STATES OF AMERICA for the Use and Benefit of S & W CONSTRUCTION and S & W CONSTRUCTION ("S&W"), on the one hand, and ALLIED INDUSTRIES, INC.; and INTERNATIONAL FIDELITY INSURANCE COMPANY on the other, being all parties who have entered an appearance in the above referenced action, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refilling, except that this Court will retain jurisdiction to enforce or interpret the terms of the Settlement Agreement and Full and Mutual Release entered by and between the parties in this proceeding and may make and enter any order in that regard.

Date: April 26, 2012        HERRIG & VOGT, LLP

By: /s/ Anthony Fritz
ANTHONY P. FRITZ
Attorney for UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION

Date: April 25, 2012        MELINDA GUZMAN PROFESSIONAL CORPORATION

By: /s/ Melinda Guzman
MELINDA GUZMAN
Attorney for ALLIED INDUSTRIES, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY

IT IS SO ORDERED

DATE April 27, 2012

U.S. DISTRICT COURT JUDGE

- 2 -
**STIPULATION FOR DISMISSAL**