JS-6

1  GEORGE F. VOGT, JR., SBN 107310
   g.vogt@herrigvogt.com
2  ANTHONY P. FRITZ, SBN 111494
   a.fritz@herrigvogt.com
3  **HERRIG & VOGT, LLP**
   4210 Douglas Boulevard, Suite 100
4  Granite Bay, California 95746-5902
   Tel.: (916) 960-1000
5  Fax: (916) 960-1005

6  Attorneys for Use-Plaintiff
   UNITED STATES OF AMERICA FOR THE USE AND BENEFIT
7  OF S & W CONSTRUCTION and S & W CONSTRUCTION

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED INDUSTRIES, INC.; and INTERNATIONAL FIDELITY INSURANCE COMPANY; <br><br> Defendants | Case No. 2:12-cv-00400-R-AGR <br><br> **STIPULATION FOR DISMISSAL** AND ORDER Thereon |

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(ii), Plaintiff UNITED STATES OF AMERICA for the Use and Benefit of S & W CONSTRUCTION and S & W CONSTRUCTION ("S&W"), on the one hand, and ALLIED INDUSTRIES, INC.; and INTERNATIONAL FIDELITY INSURANCE COMPANY on the other, being all parties who have entered an appearance in the above referenced action, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refilling, except that this Court will retain jurisdiction to enforce or interpret the terms of the Settlement Agreement and Full and Mutual Release entered by and between the parties in this proceeding and may make and enter any order in that regard.

Date: April 26, 2012					HERRIG & VOGT, LLP

By: _____
ANTHONY P. FRITZ
Attorney for UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION

Date: April 25, 2012					MELINDA GUZMAN PROFESSIONAL CORPORATION

By: /s/ Melinda Guzman
MELINDA GUZMAN
Attorney for ALLIED INDUSTRIES, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY

IT IS SO ORDERED

DATE _____ April 27, 2012

_____
U.S. DISTRICT COURT JUDGE

- 2 -
**STIPULATION FOR DISMISSAL**